NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————

RESOURCE CONVERSATION GROUP, LLC,
*Plaintiff-Appellant,*

v.

UNITED STATES,
*Defendant-Appellee.*

———————

2011-5063

———————

Appeal from the United States Court of Federal Claims in Case No. 08-CV-768, Judge Susan G. Braden.

———————

**JUDGMENT**

———————

WARREN K. RICH, Rich and Henderson, P.C., of Annapolis, Maryland, argued for plaintiff-appellant.  With him on the brief was ANTHONY G. GORSKI.

CHRISTOPHER A. BOWEN, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee.  With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and KIRK T. MANHARDT, Assistant Director.

———————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, BRYSON, and DYK, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| October 11, 2011 | /s/ Jan Horbaly |
|:---:|:---:|
| Date | Jan Horbaly |
| | Clerk |